## STATE OF CONNECTICUT *v.* RONALD A. LEROUX

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 223, is denied.

*Wesley W. Horton* and *Christopher Bromson,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 27, 1989

## STATE OF CONNECTICUT *v.* STANLEY WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 477, is denied.

*Vincent Turley,* in support of the petition.

*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided September 27, 1989

## NEW HAVEN TOBACCO COMPANY, INC. *v.* FRANK P. PERRELLI

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 531, is denied.

*Paul M. Sabetta,* in support of the petition.

Decided September 27, 1989

## GARY V. SINK ET AL. *v.* MEADOW WOOD COUNTRY ESTATES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 569, is denied.

*Dominic J. Caciopoli,* in support of the petition.

Decided September 27, 1989